# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154476(52)

AUDREY TROWELL,
            Plaintiff-Appellee,

v

PROVIDENCE HOSPITAL AND
MEDICAL CENTERS, INC.,
            Defendant-Appellant.

SC: 154476
COA: 327525
Oakland CC: 2014-141798-NO

_____/

On order of the Court, the motion of the American Medical Association and the Michigan State Medical Society to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 10, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 15, 2017



Clerk